UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------x

LUTHER BEEKS,

                         Plaintiff,

            - AGAINST -

SECURITY USA, INC.,

                       Defendant.

                                1:25-cv-2398 GHW

                                **VERIFIED ANSWER**

-------------------------------------------------------------------------x

The Defendant SECURITY USA, INC. by Law The Law Office of Juan C. Restrepo-Rodriguez, as and for their Verified Answer to the Complaint with Counterclaims herein, allege as follows:

1.       Defendants lack knowledge or information sufficient to form a belief as to the allegations contained in paragraphs designated as "28, 42, 45, and 47" of the Complaint herein.

2.       Defendants upon information and belief, deny each and every allegation contained in paragraphs designated as "1, 2, 3-9, 14, 16-19, 21-27, 29, 43, 44, 46, 48-58, 60, 62-69, and 71-80" of the Complaint herein.

3.       Defendants upon information and belief admit the allegation contained in paragraphs designated as "3, 11, 12, 13, and 15" of the Complaint herein.

### AS AND FOR A FIRST AFFIRMATIVE DEFENSE

4.       Plaintiff's Complaint fails to state a cause of action against Defendants upon which relief may be granted.

1

## AS AND FOR A SECOND AFFIRMATIVE DEFENSE

5.      Plaintiff's Complaint is barred, in whole or in part, by the doctrines of laches, equitable estoppel and/or unclean hands.

## AS AND FOR A THIRD AFFIRMATIVE DEFENSE

6.      That defendant has a defense founded upon documentary evidence.

## AS AND FOR A FOURTH AFFIRMATIVE DEFENSE

7.      That defendant has a defense founded upon documentary evidence.

## AS AND FOR A FIFTH AFFIRMATIVE DEFENSE

8.      Any award made to Plaintiff for the alleged injuries must be reduced in such proportion that the alleged injuries were caused, aggravated and contributed to by Plaintiff's failure to mitigate damages.

## AS AND FOR A SIXTH AFFIRMATIVE DEFENSE

9.      That, upon information and belief, any past or future costs or expenses incurred or to be incurred by the plaintiff for psychological care, rehabilitative services, loss of earnings or other economic loss, has been or will, with reasonable certainty, be replaced or indemnified in whole or in part from a collateral source as defined in Section 4545(c) of the New York Civil Practice Law and Rules.

## AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE

10.      Plaintiff cannot bring a class action seeking to recover a minimum measure of recovery or penalty pursuant to C.P.L.R. 901(b) for claims asserted in the Complaint.

### AS AND FOR A EIGHTH AFFIRMATIVE DEFENSE

11.     Plaintiff has brought this case without adequate factual basis or investigation, or prior request or demand of any sort, seeking recovery of needless attorneys' fees, expenses and costs, and Plaintiff does not have standing to bring this action and therefore the Complaint should be dismissed.

### AS AND FOR A NINTH AFFIRMATIVE DEFENSE

12.     Plaintiff and putative class members are entitled to a jury trial only as to those issues at law for which a jury trial is permitted under New York State law. Further, any issue of liquidated damages is for the Court and not a jury.

### AS AND FOR A TENTH AFFIRMATIVE DEFENSE

13.     This matter cannot proceed as a class action because: (a) Plaintiff is not able to fairly and adequately protect the interests of all members of the putative class; (b) Plaintiff is not an adequate representative of the putative class members of the Complaint or any alleged cause of action asserted therein; (c) the Complaint as a whole, and each purported cause of action alleged therein, fails to state facts sufficient to constitute a class action against Defendant; (d) common questions of fact do not predominate over individual questions of fact raised in each of the seven alleged causes of action of the Complaint; and (e) class treatment is not the superior method for resolving the alleged claims, including but not limited to the administrative remedies that are available to Plaintiff and each putative class member.

## AS AND FOR A ELEVENTH AFFIRMATIVE DEFENSE

14. Plaintiff and the putative class cannot satisfy the requirements for this matter to proceed as a class action.

## AS AND FOR A TWELFTH AFFIRMATIVE DEFENSE

15. Plaintiff's claims are barred, in whole or in part, by applicable statute(s) of limitation.

## AS AND FOR A THIRTEENTH AFFIRMATIVE DEFENSE

16. Plaintiffs have been paid all wages due and owing and, as such, cannot state a claim upon which relief may be granted.

## AS AND FOR A FOURTEENTH AFFIRMATIVE DEFENSE

17. Plaintiff's claims under the NYLL for liquidated damages must be dismissed, in whole or in part, because at all times relevant hereto, Defendant acted in good faith and with reasonable grounds to believe that the challenged actions were in compliance with the law.

## AS AND FOR A FIFTEENTH AFFIRMATIVE DEFENSE

18. Plaintiff was provided with any and all necessary wage notices as required by law, such that his wage notice claims are barred under N.Y. Labor Law § 198.

## RESERVATION OF RIGHTS

Defendant reserves the right to modify and supplement its defenses and to plead

additional defenses to the claims of Plaintiff based upon such facts and circumstances as

become known to Defendant subsequent to the date hereof.

**WHEREFORE**, said answering defendant demands judgment dismissing the

Complaint of the plaintiff herein.

Dated:      Jamaica Hill, New York
            May 27, 2025

                                        Yours, etc.

                                        _____
                                        Juan C. Restrepo-Rodriguez, Esq.
                                        Law Office of
                                        Juan C. Restrepo-Rodriguez.
                                        85-35 167th Street
                                        Jamaica Hill, New York 11432
                                        (646) 847-8535

To:    Owen Keough, Esq.
       Attorney for Plaintiff
       LUTHER BEEKS
       675 Third Avenue, Suite 1810
       New York, NY 10017
       owen@lawyerforworkers.com
       (914) 916-2453

**VERIFICATION**

I, the undersigned, am an attorney duly admitted to practice law in the Courts of the State of New York, and mindful of the penalties of perjury, affirm the following:

I am a member of the firm of the attorneys of record for the Defendants SECURITY USA. I have read the annexed Verified Answer ; and  know the contents thereof, and know the same to be true to my knowledge, except those matters therein which are stated to be alleged upon information and belief, and as to those matters therein not stated upon personal knowledge, are stated upon information and belief based upon documents and information in counsel's file.

The reason I make this Verification instead of the Defendants is that Defendants, SECURITY USA do not reside in the county where this law firm maintains its office.

I affirm that the foregoing statements are true under the penalties of perjury.

Dated: Jamaica Hill, New York
      May 27, 2025

_____
Juan C. Restrepo-Rodriguez, Esq.
Law Office of
Juan C. Restrepo-Rodriguez.
85-35 167th Street
Jamaica Hill, New York 11432
(646) 847-8535

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK                          1:25-cv-2398 GHW

LUTHER BEEKS,

              Plaintiff,

   - against -

SECURITY USA,

            Defendants.

## VERIFIED ANSWER

THE LAW OFFICE OF
JUAN C. RESTREPO-RODRIGUEZ, LLC
85-35 167th Street, Jamaica Hill, New York 11432
PHONE: (646) 847-8535 • FAX: (646) 626-7569
EMAIL: JCRR47@GMAIL.COM

Signature (Rule 11)

Juan C. Restrepo-Rodriguez, Esq.