**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

LUTHER BEEKS,

                                    *Plaintiff,*

        -against-

SECURITY USA, INC.,

                                    *Defendant.*

Case No. 1:25-cv-02398-GHW

_____ **JUDGMENT** _____

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/24/2026

        A Notice of Acceptance of a Rule 68 Offer of Judgment having been filed by plaintiff Luther Beeks ("Plaintiff") on March 23, 2026, accepting the March 10, 2026, Offer of Judgment from defendant Security USA, Inc. ("Defendant") to allow judgment against them, with respect to Plaintiff's Fair Labor Standards Act, 29 U.S.C. 201 et seq. claim asserted in Plaintiff's Complaint, and in favor of Plaintiff in the amount of $1,500.00, inclusive of all damages, interest, costs and attorneys' fees incurred by Plaintiff, it is

        **ORDERED and ADJUDGED** that judgment is entered in favor of Plaintiff Luther Beeks and against Defendant Security USA, Inc., with respect to Plaintiff's Fair Labor Standards Act, 29 U.S.C. 201 et seq. claim asserted in Plaintiff's Complaint, in the total amount of $1,500.00, inclusive of all damages, interest, costs and attorneys' fees incurred by Plaintiff; and that this case is closed.

Judgment signed this 24 day of March 2026.

_____
Hon. Gregory H. Woods
New York, New York